

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                               Fax (518) 463-4386

November 30, 2009

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

    RE:    **Jeff and Kathy Davis
            Chapter 7 Case No. 03-18371**

Dear Clerk:

    In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $68.15 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

**$16.87** to-
Niagara Mohawk  (Claim no. 24)
P.O. Box 5026
Buffalo, NY  14205

**$51.28** to-
Niagara Mohawk  (Claim no. 25)
P.O. Box 5026
Buffalo, NY  14205

                                                          Very truly yours,

                                                          Philip J. Danaher
                                                          Chapter 7 Trustee

PJD:lbd
Enclosure